UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAL MONTA HENRY,
    Plaintiff,

vs.                          Case No.: 3:19cv1630/MCR/EMT

MARK S. INCH, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, formerly a Florida inmate who is proceeding pro se and in forma pauperis, initiated this civil rights action by filing a complaint pursuant to 42 U.S.C. § 1983 (ECF Nos. 1, 4). On October 15, 2020, the undersigned entered an order advising that in connection with the screening process required by 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the undersigned discovered that Plaintiff was released from prison on August 17, 2020, but had not contacted the court to inform the court of his release or current address, which caused the court to question whether Plaintiff intended to continue to pursue the matter (ECF No. 16). The court allowed Plaintiff thirty days in which to file a notice of change of address, which the court indicated would evidence Plaintiff's intention to proceed with the case. The court advised that should Plaintiff fail to do so, the undersigned would recommend, without further

notice, that the case be dismissed (*id.*).[1]  The deadline for compliance has passed, and Plaintiff has failed to file a notice of change of address or anything else.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.   If the court is unable to reach Plaintiff, issuance of any further orders would be futile.

At Pensacola, Florida, this 2nd day of December 2020.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>   An objecting party must serve a copy of the objections on all other parties.   A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.   *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[1] The undersigned directed the clerk of court to mail a copy of the October 15, 2020, order to the address listed on the Florida Department of Corrections website as Plaintiff's address upon release, 1072 Charliste Street, Summerton, South Carolina 29148 (*see* ECF No. 16).   The clerk did so, but the order was returned to the court as undeliverable with a notation that the address contained "no mail receptacle" (*see* ECF No. 17).

Case No.: 3:19cv1630/MCR/EMT